# United States District Court
# Central District of California

| | |
|---|---|
| PEIYUN CHEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JADDOU UR MENDOZA et al.,<br><br>　　　　Defendants. | Case № 2:22-cv-07352-ODW (AFMx)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

　　1.　　Plaintiff shall recover nothing from Defendants; and

　　2.　　Plaintiff's Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

February 7, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**